IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-621-RJC-DCK

| | |
|---|---|
| BATSI CHIGWEREWE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| BURGER KING CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Unopposed Motion To Stay Rule 26 Conference" (Document No. 11) filed March 28, 2013. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and noting Defendant's counsel does not oppose the motion, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Unopposed Motion To Stay Rule 26 Conference" (Document No. 11) is **GRANTED**. The parties shall have up to and including **May 1, 2013** to conduct the Rule 26 Conference.

Signed: March 29, 2013

David C. Keesler
United States Magistrate Judge